**Order filed July 26, 2012**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00445-CV

———————

**KERRY CARTER AND LETONIA JACKSON-CARTER, Appellants**

**V.**

**S.S. PROPERTIES L.L.P., SCOTT PIERCE AND SHIOW-MINN PIERCE, Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-24598**

---

## ORDER

The notice of appeal in this case was filed May 4, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellants have established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **August 6, 2012.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM